# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0821
Lower Tribunal No. 2017-CF-010498-A-O

_____

MARIA NAVARRO MARTIN,

Appellee,

v.

STATE OF FLORIDA,

Appellant.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Michael J. Snure, Judge.

August 27, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA, J., and LAMBERT, B.D., Associate Judge, concur.


Maria Navarro Martin, Ocala, pro se.

No Appearance for Appellant.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED